**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
*COMENITY BANK*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER AND MONIQUE PERKINS,<br><br>                    Plaintiffs,<br><br>v.<br><br>COMENITY BANK,<br><br>                    Defendant. | Case No. 15-cv-02386-LAB-KSC<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendant COMENITY BANK and Plaintiffs CHRISTOPHER and MONIQUE PERKINS have agreed to settle the above-entitled matter.  The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff within 45 days from the date of this Notice.

\\\

\\\

{00042044;1}

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.


**KAZEROUNI LAW GROUP, APC**

Dated**:** February 4, 2016          s/ Abbas Kazerounian
                                     Abbas Kazerounian
                                     *Attorneys for Plaintiffs,*
                                     *CHRISTOPHER & MONIQUE PERKINS*


**CARLSON & MESSER LLP**

Dated**:** February 4, 2016          s/ David J. Kaminski
                                     David J. Kaminski, Esq.
                                     Stephen A. Watkins, Esq.
                                     *Attorneys for Defendant,*
                                     *COMENITY BANK*

{00042044;1}

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.


**CARLSON & MESSER LLP**

Dated**:** February 4, 2016          s/ David J. Kaminski_____
                    David J. Kaminski, Esq.
                    Stephen A. Watkins, Esq.
                    *Attorneys for Defendant,*
                    *COMENITY BANK*

{00042044;1}