# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER AND MONIQUE PERKINS,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br>COMENITY BANK,<br><br>　　　　　　　　Defendant. | CASE NO. 15cv2386-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

　　　The joint motion to dismiss (Docket no. 12) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. All pending motions and requests are **DENIED AS MOOT** and all pending dates are **VACATED**.

　　　**IT IS SO ORDERED**.

DATED: March 25, 2016

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge